UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ISIDRO GUERRERO, <br><br>　　　　　Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social <br> Security, <br><br>　　　　　Defendant. | No.  CV-11-5110-CI <br><br> ORDER GRANTING STIPULATED <br> MOTION TO REMAND PURSUANT TO <br> SENTENCE FOUR OF 42 U.S.C. <br> § 405(g) |

　　　BEFORE THE COURT is the parties' stipulated Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings. (ECF No. 37.)  Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Debra Meachum represents Defendant.  The parties have consented to proceed before a magistrate judge. (ECF No. 5.)  After considering the stipulation of the parties,

　　　**IT IS ORDERED:**

　　　1.　The parties' stipulated Motion to Remand **(ECF No. 37)** is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g), including a supplemental hearing.  On remand, Plaintiff will have the opportunity to testify and submit additional evidence.  The administrative law judge (ALJ) shall consider the expanded record

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

and address the following:

- further evaluate Plaintiff's alleged mental impairment and any associated limitations;
- consider and explain the weight assigned to opinion evidence from all medical sources, including Dr. Cooper, Ph.D., and Dr. Lefors, D.O.;
- consider and explain the weight assigned to all opinions from non-medical sources, including the opinion from Trish Vanko, M.P.A.;
- in light of the updated record, reassess Plaintiff's residual functional capacity and ability to perform past relevant work or other work; and
- obtain supplemental testimony from a vocational expert, if necessary.

2. Judgment shall be entered for the **PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment (**ECF No. 33**) is stricken as moot.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED July 18, 2012.

                         S/ CYNTHIA IMBROGNO
                     UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND - 2